Karen Orehoski, ISB 8319
Ricci Grube Breneman, PLLC
1200 5th Avenue, Suite 625
Seattle, WA 98101
(206) 838-8650
Fax: (206) 770-7607
karen@rgbcounsel.com
Attorney for Plaintiff

The Hon. B. Lynn Winmill

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TROY L. VIGNERI,<br><br>            Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation; FEIST CREEK FALLS RESORT, a business organization, form unknown; CLIFFORD KRAMER, an individual; MARY KRAMER, an individual; and DOES 1-30.<br><br>            Defendants. | CASE NO. 10-CV-00281 BLW<br><br>STIPULATION RE: FILING OF FIRST AMENDED COMPLAINT |

    IT IS HEREBY STIPULATED by and between the parties who have appeared in this action, subject to the approval of the Court, as follows:

    WHEREAS Plaintiff Troy Vigneri filed his complaint on June 3, 2010; and

    WHEREAS Defendant Union Pacific Railroad Company filed its Answer to the Complaint on August 23, 2010; and

STIPULATION RE: FILING OF FIRST AMENDED
COMPLAINT - PAGE 1 OF 2

RICCI GRUBE BRENEMAN, PLLC
1200 FIFTH AVENUE
SUITE 625
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607

WHEREAS the parties have agreed to permit Plaintiff to Amend the Complaint to add possible additional responsible parties; and

WHEREAS the proposed Amended Complaint makes no new allegations against Defendant Union Pacific Railroad Company;

WHEREFORE, the parties who have appeared in this action respectfully request that the Court enter the attached Order allowing the Plaintiff to file the Amended Complaint attached to this Stipulation as Exhibit "A".

Respectfully submitted this 8TH day of October, 2010.

RICCI GRUBE BRENEMAN, PLLC

By: /s/ Karen Orehoski
Karen Orehoski, ISB #8319
Joseph A. Grube, *pro hac vice*
Attorneys for Plaintiff Troy L. Vigneri

PAIN HAMBLEN LLP

By: /s/ William J. Schroeder
William J. Schroeder, ISB#6674
Attorneys for Defendant Union Pacific Railroad Company

STIPULATION RE: FILING OF FIRST AMENDED
COMPLAINT - PAGE 2 OF 2

RICCI GRUBE BRENEMAN, PLLC
1200 FIFTH AVENUE
SUITE 625
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607