Karen Orehoski, ISB #8319
Joseph A. Grube (*Pro Hac Vice*)
Anthony S. Petru (*Pro Hac Vice*)
Ricci Grube Breneman, PLLC
1200 5th Avenue, Suite 625
Seattle, WA 98101
(206) 838-8650
Fax: (206) 770-7607
karen@rgbcounsel.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TROY L. VIGNERI,<br><br>    Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation; FEIST CREEK FALLS RESORT, a business organization, form unknown; CLIFFORD KRAMER, an individual; MARY KRAMER, an individual; CHARLES KRAMER; an individual; FEIST CREEK FALLS LODGE, form unknown and C. E. CRANE & CONTRACTING, INC., an Idaho Corporation.<br><br>    Defendants. | CASE NO. 10-CV-00281 BLW<br><br>SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL<br><br>**(Federal Employers' Liability Act and Premises Liability)** |

COMES NOW the Plaintiff, Troy L. Vigneri, an individual, by and through his counsel, and for his cause of action against the above-named defendants, alleges as follows:

SECOND AMENDED COMPLAINT - PAGE 1 OF 7

RICCI GRUBE BRENEMAN, PLLC
1200 FIFTH AVENUE
SUITE 625
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607

1. **PARTIES**

1.1 The Plaintiff, Troy L. Vigneri, is an individual residing in the Elk, Spokane County, Washington.

1.2 Defendant Union Pacific Railroad Company ("UPRR") is a duly organized and existing corporation. On information and belief, Union Pacific Railroad Company is authorized to do and actually doing business in Idaho, and other states, and that Defendant UPRR was at all times herein mentioned and now is engaged in the business of a common carrier by railroad in interstate commerce in Idaho and other states.

1.3 On information and belief Defendant Feist Creek Falls Resort ("Feist") is a business entity, form unknown, authorized to do and actually doing business in Idaho.

1.4 On information and belief, Clifford Kramer and Mary Kramer are a married couple residing in Bonners Ferry, Boundary County, Idaho. The last known usual place of abode and residence of Clifford Kramer and Mary Kramer is 195A County Road 34, Bonners Ferry, Idaho 83805.

1.5 On information and belief, Charles Kramer is the brother of Clifford Kramer, and proprietor of the Feist Creek Falls Lodge ("Feist Creek Lodge") or Feist Creek Falls Resort ("Feist Creek Resort"), or both. Because the relationship between Feist Creek Lodge and Feist Creek Resort is unclear, the term Feist Creek Falls Resort is used within this Amended Complaint to encompass either the Lodge or Resort; specifically the portion of the premises which contains the guest lodging facilities.

1.6 C. E. Crane and Contracting, Inc. ("CEC&C") is an Idaho Corporation with its principal place of business in Naples, Idaho. Kramer Crane entered into a Lodging Facility

SECOND AMENDED COMPLAINT - PAGE 2 OF 7

RICCI GRUBE BRENEMAN, PLLC
1200 FIFTH AVENUE
SUITE 625
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607

Agreement with UPPR wherein it agreed to construct and operate a lodging facility in Eastport Idaho for the use by UPPR employees. Plaintiff is an intended third party beneficiary of the terms of that Agreement.

1.7 The true names or capacities, whether individual, partnership, corporate or otherwise, of Defendants Doe 1-30, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff is informed and believes, and therefore alleges, that each of the Defendants designated herein as Doe was careless and negligent concerning the events and happenings herein referred to, and that such carelessness and negligence proximately caused the injury and damages to Plaintiff as is hereinafter alleged.

1.8 At all times herein mentioned, each and every Defendant was the agent, partner, joint venture, servant and employee of each of the other Defendants herein named; that at all said times, each of said Defendants was acting within the course and scope of said agency, partnership, joint venture, service and/or employment.

2. **JURISDICTION AND VENUE**

2.1 This Court has both subject matter jurisdiction and personal jurisdiction over this case and the Defendants because all Defendants conduct business in the State of Idaho, Idaho Code § 5-514(a), and all named Defendants have, at all times relevant hereto, had significant contacts with the State of Idaho which are, in part, the subject of this Complaint.

2.2 This action arises under the Federal Employers' Liability Act ("FELA"), 45 U.S.C. §§ 51, *et seq.*

2.3 Venue is proper in the Northern District of Idaho pursuant to 29 U.S.C. § 1391(b) because the claim arose in this judicial district.

SECOND AMENDED COMPLAINT - PAGE 3 OF 7

RICCI GRUBE BRENEMAN, PLLC
1200 FIFTH AVENUE
SUITE 625
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607

**3. FIRST CAUSE OF ACTION: FEDERAL EMPLOYERS' LIABILITY ACT – NEGLIGENCE – CUMULATIVE INJURY – UPRR**

3.1 At all relevant times herein mentioned, Defendant UPRR was a common carrier by railroad engaged in interstate commerce, and Plaintiff was employed by Defendant UPRR in such interstate commerce, and the incidents and injuries complained of arose while Plaintiff was performing duties in furtherance of, or affecting, interstate commerce.

3.2 During his recent years of employment with UPRR, Plaintiff was variously employed as an engineer and conductor, working in and out of Boundary County, near Eastport, Idaho.

3.3 During that time, Plaintiff was acting in the course and scope of his employment and Defendant owed to Plaintiff the duty of exercising ordinary care to provide Plaintiff with a reasonably safe place in which to work, to provide Plaintiff with reasonably safe tools and equipment for the performance of said work, to institute and oversee reasonably safe procedures and methods for the performance of said work, and to warn and educate Plaintiff of unsafe conditions in the workplace. Defendant UPRR, through its agents and employees, other than Plaintiff, carelessly and negligently failed in its aforesaid duties by, among other things, repeatedly requiring Plaintiff to board at certain lodging, Feist Creek Falls Resort, which had accommodations that were infested with toxic mold. Having to repeatedly board at Feist Creek Falls Resort over a period of time, resulted in Plaintiff's exposure to toxic growths or substances, thus causing Plaintiff to sustain the injuries hereinafter enumerated.

3.4 As a direct result of the negligence of Defendant UPRR, Plaintiff was rendered sick, sore, lame, disabled and disordered, both internally and externally, and received the

SECOND AMENDED COMPLAINT - PAGE 4 OF 7          RICCI GRUBE BRENEMAN, PLLC
1200 FIFTH AVENUE
SUITE 625
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607

following personal injuries, including: severe injuries to his lungs and damage to his pulmonary system, extreme pain and suffering, and severe shock to his nervous system and person.

3.5   As a further direct result of the negligence of Defendant UPRR, Plaintiff was forced to and did incur indebtedness for the services of duly licensed physicians and surgeons for x-rays, MRI's, medicines, appliances, surgery, hospitalization, and household care in a sum as yet unascertainable, and Plaintiff is informed and believes, and thereupon alleges, that he will require further medical attention as a result of said injuries and will therefore incur a further indebtedness in an amount as yet unascertainable, and that when said amounts are ascertained, Plaintiff will pray leave of court to insert said sums as the reasonable value of said services and hospitalization.

3.6   Before the events heretofore set forth occurred and manifested themselves as physical injury, Plaintiff was an able-bodied male, capable of earning more than $70,000.00 per year, and that as a result of the injuries sustained, Plaintiff is unable to perform his regular duties; and that the Plaintiff has suffered and will continue to suffer for an indefinite time in the future damages to his earning capacity and ability, all to his damage in a sum as yet unascertainable, and that when said sum is ascertained, Plaintiff will ask leave of court to insert said sum as the reasonable value of his loss of services.

4.   **SECOND CAUSE OF ACTION: PREMISES LIABILITY – FEIST CREEK FALLS RESORT, CLIFFORD KRAMER, MARY KRAMER, CHARLES KRAMER, C. E. CRANE & CONTRACTING INC. AND DOES 1-10, INCLUSIVE**

4.1   Plaintiff restates and re-alleges paragraphs 1.1 through 3.6 above.

4.2   The true names or capacities, whether individual, corporate, associate or

RICCI GRUBE BRENEMAN, PLLC
1200 FIFTH AVENUE
SUITE 625
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607

otherwise, of Defendants named herein as Does 1-30, inclusive, are unknown to Plaintiff who therefore sues said Defendants by such fictitious names; Plaintiff will amend his complaint to show such true names and capacities when the same have been ascertained. Each of the Defendants Doe was in some manner careless and negligent, or otherwise legally responsible, concerning the events and circumstances herein referred to and caused injury and damages thereby to Plaintiff as hereinafter set forth.

4.3  At all times relevant hereto, Defendants Feist, Clifford Kramer and Mary Kramer, and Charles Kramer, and Does 1-30, inclusive, and each of them, were and are the landowners, lessor and lessees of, proprietors, operators and/or contractors who worked at Feist Creek Falls Resort where the injuries complained of by Plaintiff arose, and that each of them were responsible for the negligent maintenance, construction, installation, hygiene, repair and inspection of said premises/lodging.

4.4  Plaintiff was employed by Defendant UPRR as a conductor and engineer. During the course and scope of his employment for UPRR when Plaintiff worked in Boundary County, Idaho, Plaintiff was required to board at Feist Creek Falls Resort. Such lodging/premises was infested with mold. As a result of said carelessness and negligence, Plaintiff was exposed to toxic growths or substances, thereby resulting in Plaintiff's injuries as set forth above.

4.5  As the landowners, lessor, lessees, contractors and/or operators of said premises, Defendants Feist, Clifford Kramer, Mary Kramer and Does 1-30, inclusive, and each of them, have the duty to inspect, repair, construct, install and ensure that their property and the accommodations thereon are in such order and condition to avoid exposing persons

SECOND AMENDED COMPLAINT - PAGE 6 OF 7

RICCI GRUBE BRENEMAN, PLLC
1200 FIFTH AVENUE
SUITE 625
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607

and/or guests to an unreasonable risk of harm; that Defendants and each of them were negligent in their duty thereby causing Plaintiff's injuries.

5. **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Troy L. Vigneri prays for judgment against Defendants, jointly and severally, as follows:

4.1 Entry of judgment against Defendants, jointly and severally, for general damages and special damages, including for household services.

4.2 Award of attorneys' fees and costs, as provided and allowed for by law.

4.3 For an award of pre-judgment and post-judgment interest, as provided and allowed for by law.

4.4 For such other and further relief as this Court deems just and equitable.

DATED at Seattle, WA this 17th day of ~~October~~ November, 2010.

RICCI GRUBE BRENEMAN, PLLC

By: _____
Karen Orehoski, ISB #8319
Joseph A. Grube, admitted *Pro Hac Vice*
Attorneys for Plaintiff Troy L. Vigneri

SECOND AMENDED COMPLAINT - PAGE 7 OF 7

RICCI GRUBE BRENEMAN, PLLC
1200 FIFTH AVENUE
SUITE 625
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607